CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEHA NIGAM (ILBN 6327377)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6844
    FAX: (415) 436-7822
    Neha.nigam@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 05 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-mj-71026 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| EZZ ALDIN ALMORISI | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on Wednesday, August 5, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☒    Criminal Complaint

☐    Other (describe) _____

pending in the Northern District of California, Case Number 1:26-MJ-00156 PJE.

In that case (copy of criminal complaint attached), the defendant is charged with a violation of Title 18 United States Code, Section 1956(h).

**Description of Charges:** Conspiracy to commit money laundering.

Between around June 2024 and December 2025, the defendant made over $1 million in fraudulent transactions at his convenience store, which accepts SNAP.  The defendant attempted to use the convenience store to launder money that is the proceeds of unlawful activity, namely, wire fraud.

**Maximum Penalties:**

| | |
|---|---|
| Maximum Prison Term: | 20 years |
| Maximum Fine: | $500,000 or twice the value of the property |
| Maximum Supervised Release Term: | 3 years |
| Mandatory Special Assessment: | $100 per felony count |
| Forfeiture | |
| Restitution | |
| Potential Deportation | |

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: August 5, 2026

*/s/ Neha Nigam*
NEHA NIGAM
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Northern District of New York

United States of America
v.

Ezz Aldin Almorisi

Case No.  1:26-mj-_156_ ( PJE )

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ezz Aldin Almorisi                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h)

Date:  July 2, 2024

*Issuing officer's signature*

City and state:     Albany, NY

U.S. Magistrate Judge Daniel J. Stewart
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature* |
| | _____<br>*Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EZZ ALDIN ALMORISI, | )    Case No.   1:26-mj-156 ( PJE) |
| | ) |
| | ) |
| | ) |
| **Defendants** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between July 2024 and July 2025, in the county of Albany in the Northern District of New York, and

elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h), (a)(1)(B)(i) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:
See Affidavit

☐    Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent F. Xavier DeLuke, Federal Bureau of
Investigation

_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  JUly 2d, 2026                    _____
*Judge's signature*

City and State:     Albany, NY                    Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
*Printed name and title*

1:26 mJ 156
PJE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, F. Xavier DeLuke, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I submit this affidavit in support of a criminal complaint charging Ezz Aldin Almorisi with conspiring to launder money in violation of 18 U.S.C. § 1956(h) and (a)(1)(B)(i).

2.      I have been a Special Agent with the Federal Bureau of Investigation (FBI) since December 2021, and am currently assigned to the Albany, New York Field Office.  This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The information in this affidavit is based on my investigation, review of documents, witness interviews, and consultation with other law enforcement personnel.

## CRIMINAL CHARGE

3.      18 U.S.C. § 1956(a)(1)(B)(i) provides in relevant part

> (a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity —
>
> . . . .
>
> (B) knowing that the transaction is designed in whole or in part —
>
> (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity
>
> . . .
>
> [commits a felony].

4.      Conspiracy to violate 18 U.S.C. § 1956 is chargeable under 18 U.S.C. § 1956(h).

5.      Specified unlawful activity includes wire fraud in violation of 18 U.S.C. § 1343.

1

## PROBABLE CAUSE

6.      35 Top Ten Deli & Grocery is a convenience store at 53 North Swan St., Albany, NY 12210.  It sells a limited range of groceries, household goods, beer, cigarettes and tobacco. The proprietor of the store is Bandar Alammari, who incorporated 35 Top Ten Deli and Grocery Inc. as a corporation under New York law in July 2023.

7.      The store accepts Supplemental Nutrition Assistance Program, or SNAP, benefits.  These benefits are provided by the federal government to eligible individuals to allow them to purchase food.  Recipients of SNAP benefits are usually provided a certain amount of benefits each month on Electronic Benefit Transfer, or EBT, cards.  Hot food and non-food items, including alcohol and tobacco, cannot be purchased using SNAP benefits.  In addition, SNAP benefits may not be exchanged for cash.

8.      It is a federal crime to misuse SNAP benefits.  7 U.S.C. § 2024(b) makes it a crime for any person to knowingly use, transfer or acquire SNAP benefits in an unauthorized manner.  (SNAP benefits were originally issued as food stamps, and the statute speaks of "acquiring" and "redeeming" them.)  For example, a store clerk who knowingly allows a customer to buy alcohol using SNAP benefits, or exchange SNAP benefits for cash, has illegally acquired those benefits and thus violated Section 2024(b).  7 U.S.C. § 2024(c) makes it a crime for any person to present or cause to be presented to the government for redemption benefits that the person knows have been received or transferred in violation of law.  A store retailer who presents to the government for redemption benefits that have been stolen or illegally transferred (for example, they were received in exchange for cash) violates Section 2024(c).  A scheme to defraud SNAP recipients of their benefits may constitute wire fraud in violation of 18 U.S.C. § 1343.

2

9. In or about November 2023, Bandar Alammari applied for a license to allow 35 Top Ten Deli to accept SNAP benefits. Bandar Alammari has signature authority on a business bank account at KeyBank for 35 Top Ten Deli. Bandar Alammari currently lives in Yemen. The store is run on a day-to-day basis by his father, Anwar Alammari.

10. Extensive SNAP fraud has been committed through 35 Top Ten Deli. The U.S. Department of Agriculture (USDA) collects data on all SNAP transactions in the country. To accept SNAP, it is necessary to have a physical or virtual EBT terminal that is serviced by a dedicated processor. According to the USDA, EBT terminals associated with 35 Top Ten Deli processed $1.87 million of SNAP transactions between November 2023 and April 2026. This is an average of over $60,000 per month. By contrast, the average convenience store in New York State that accepts EBT cards processed only $6,300 in SNAP transactions in this period, and the average convenience store in Albany County that accepts EBT cards processed even less, only $4,000. The massive discrepancy between 35 Top Ten Deli and average stores in New York State and Albany County is shown on the chart below:



Monthly redemptions

11.    In the period between June 2024 and December 2025, over $1.4 million of SNAP transactions were made with EBT cards issued to individuals outside New York, who would have no reason to visit 35 Top Ten Deli, and the card numbers were typed manually into a terminal, which is a sign that the cardholders were not present at the store.

12.    For stores that accept SNAP, EBT transactions often make up a large proportion of their sales. This is particularly true for stores that are located in less well-off areas, such as 35 Top Ten Deli. A convenience store such as 35 Top Ten Deli might be expected to have a total annual revenue around $150,000 or $200,000. It is therefore remarkable that such a high volume of transactions is being processed through the store.

13.    The fraud indicated by the USDA data is corroborated by purchases made by a confidential human source (CHS). Between July 2025 and February 2026, a CHS made at least

4

11 illegal SNAP transactions in the store.[1] These involved buying unauthorized products, such as cigarettes or alcohol, or illegally obtaining cashback.

14. Google reviews of 35 Top Ten Deli contain reports of EBT fraud at the store. For example, in one review, a reviewer wrote "This place stole $201.83 from My child's EBT card balance yesterday. I don't know how they are able to pull your card number and use it without a pin or without you ever being in the place. From the looks of the reviews they are doing this to probably hundreds of people." The reviewer, who lives in Georgia, subsequently confirmed to law enforcement that a fraudulent transaction on her EBT card had been processed at the store.

15. Search warrant returns from Google have revealed screenshots of video calls and text messages involving Bandar and Anwar Alammari in which they appear to be participating in a scheme to steal EBT card numbers and use them to process false transactions.

16. Law enforcement has traced the flows of money from accounts in the name of Bandar Alammari, Anwar Alammari, and 35 Top Ten Deli. Over $480,000 has been transferred from a bank account controlled by Bandar Alammari to cryptocurrency exchanges, digital wallets, and financial technology applications.

17. The government's investigation has found that between July 2024 and February 2025, over $46,000 in U.S. currency was transferred from accounts associated with Bandar and Anwar Alammari to Ezz Aldin Almorisi. Almorisi is a Yemeni citizen who lives in California. Almorisi has an account on Paybis, a cryptocurrency exchange. According to subpoena returns received from Paybis, between February 2025 and July 2025, over $238,000 was transferred

---

[1] The CHS was cooperating with the FBI before sentencing on unrelated mail fraud charges in the hope of receiving leniency.

5

from bank accounts associated with Bandar through Almorisi's account to 12 cryptocurrency wallets.

18.    Based on the above, there is probable cause to believe that Ezz Eldin Almorisi has conspired with Bandar Alammari to launder money that is the proceeds of specified unlawful activity, namely, wire fraud, in violation of 18 U.S.C. § 1956(h) and (a)(1)(B)(i).

6

Attested to by the affiant,

F. Xavier DeLuke
Special Agent, Federal Bureau of
Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on July 2, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge