**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Thomas S. Hixson**
**U.S. Magistrate Judge**

**RE:** **ALMORISI, Ezz Aldin**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:26-mj-71026-MAG**

**Date:** **8/7/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Allyse Johnson | 415-436-7508 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge ____________________ Presiding District Court Judge ____________________

- [x] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [x] Modification(s)

**REMOVE** the following condition:

1. Defendant must submit to location monitoring by GPS.

**MODIFY** the following condition to reflect the following:

1. Defendant must not travel outside of the Northern District of California and the Northern District of New York for court purposes only.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

[signature]

**JUDICIAL OFFICER**
Thomas S. Hixson
U.S. Magistrate Judge

August 7, 2026
**DATE**