CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEHA NIGAM (ILBN 6327377)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6844
FAX: (415) 436-7234
Neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EZZ ALDIN ALMORISI,<br>Defendant. | Case No. 26-mj-71026 MAG<br><br>**STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET A STATUS CONFERENCE** |

On August 5, 2026, Mr. Almorisi made an initial appearance on an out-of-district complaint before this Court. On August 6, 2026, the Court set a preliminary hearing date of August 25, 2026.

Mr. Almorisi was indicted on August 21, 2026 in the Northern District of New York, case number 26-cr-270. Pursuant to Federal Rule of Criminal Procedure 5.1(a)(2), Mr. Almorisi is no longer entitled to a preliminary hearing on the previously filed complaint. Accordingly, the parties stipulate to vacating the preliminary hearing set for August 25, 2026 and request a status conference on August 27, 2026.

DATED: August 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Neha Nigam*
NEHA NIGAM
Assistant United States Attorney

*/s/*
ELIZABETH FALK
Assistant Federal Public Defender

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing set for August 25, 2026, is vacated and reset to a status hearing on August 27, 2026.

IT IS SO ORDERED.

DATED: August 24, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE