UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>EZZ ALDIN ALMORISI,<br>Defendant. | Case No. 26-mj-71026-MAG-1 (TSH)<br><br>Charging District:<br>Northern District of New York<br>Charging District's Case No.:<br>1:26-cr-00270-AMN |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is ordered to appear at the federal courthouse at 445 Broadway in Albany, New York in front of Judge Paul J. Evangelista for his initial appearance on the indictment filed in the Northern District of New York. The initial appearance is currently set for September 14, 2026 at 1:30pm, but should the federal court in the Northern District of New York change that date, the defendant must appear at the new hearing date.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 27, 2026

Thomas S. Hixson
United States Magistrate Judge